**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alan R. Vaughn,                                             Civil No. 05-152 (DWF/RLE)

        Plaintiff,

v.                                                                              **ORDER**

Richard Swatek; Curtis D. Foss; VFW
Post #2948 Quartermaster Myron Choquette;
Merchants Bank, N.A.; Martha Grimes;
Koochiching County Attorney Jennifer
Hasbargen; Koochiching County Court
Administrator Carol Clauson; Ninth Judicial
District Court Judge Charles H. LeDuc;
Ninth Judicial District Court Judge Donald J.
Aandal; Ninth Judicial District Court Judge
Donna K. Dixon; and Ninth Judicial District
Court Judge John P. Smith,

        Defendants.

---

Alan R. Vaughn, *Pro Se*, Plaintiff.

Kenneth A. Kimber, Esq., Hanft Fride PA, counsel for Defendant Richard Swatek; Amy K. Amundson, Esq., and Peter D. Gray, Esq., Rider Bennett LLP, counsel for Defendant Myron Choquett; Lawrence A. Wilford, Esq., Wilford & Geske, PA, counsel for Defendant Merchants Bank, NA; Stephen G. Andersen, Esq., Ratwik Roszak & Maloney, PA, counsel for Defendants Koochiching County Attorney Jennifer Hasbargen and Koochiching County; John S. Garry, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendants Koochiching County Court Administrator Carol Clauson, Judge Charles H. LeDuc, Judge Donald J. Anandal, Judge Donna K. Dixon, and Judge John P. Smith.

---

This matter is before the Court upon Plaintiff's objections to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated March 22, 2006, recommending that the Clerk of Court be directed to refuse any future cause of action, by the Plaintiff, unless the Complaint, or Petition, has been verified; has been reviewed, and approved, by a Judge of this Court; has attached to it a copy of the Standing Order restricting his ability to file further actions in this District; and, if *in forma pauperis* status is sought, then the Application for such standing must be accompanied by verified financial information, including copies of the Plaintiff's Federal Tax Returns for the three (3) calendar years previous to the Application for *in forma pauperis* standing.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.  Plaintiff Alan R. Vaughn's objections (Doc. No. 148) to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated March 22, 2006, are **DENIED**.

2.  Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated March 22, 2006 (Doc. No. 147), is **ADOPTED**.

3.  The Clerk of Court is directed to refuse any future cause of action, by the Plaintiff, unless the Complaint, or Petition, has been verified; has been reviewed, and approved, by a Judge of this Court; has attached to it a copy of the Standing Order restricting his ability to file further actions in this District; and, if *in forma pauperis* status is sought, then the Application for such standing must be accompanied by verified financial information, including copies of the Plaintiff's Federal Tax Returns for the three (3) calendar years previous to the Application for *in forma pauperis* standing.

Dated:  April 21, 2006  s/Donovan W. Frank
　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　Judge of United States District Court